NO. 07-03-0240-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

SEPTEMBER 3, 2003
_____


XCEL ENERGY, THIRD PARTY DEFENDANT,

Appellant

v.

SHERRI LEE HOLLIS,

Appellee

_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 50,756-C; HON. PATRICK A. PIRTLE, PRESIDING
_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

<u>MEMORANDUM OPINION</u>

Appellant Xcel Energy, by and through their attorneys, have filed a motion to dismiss this appeal because they longer desire to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Brian Quinn
Justice